UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PALLINO RECEIVABLES I, LLC,
LYONS, DOUGHTY & VELDHUIS, P.A.,
ERIC D. SWANSON [SHERIFF],
FINANCIAL PACIFIC LEASING, LLC,
 TBF FINANCIAL, LLC,
            PLAINTIFF(S),                  08 - 1 4 2

VS.                                        CASE NO. _____

JAMES R. JOHNSON,
            DEFENDANT(S).


NOTICE OF REMOVAL


TO THE CLERK OF THE ABOVE-ENTITLED COURT:
PLEASE TAKE NOTICE THAT DEFENDANT JAMES R JOHNSON HEREBY REMOVES TO THIS COURT THE STATE COURT ACTION DESCRIBED BELOW.

XI. hereto as Exhibit. "A On January 17, 2008, an action was commenced in the Superior Court Of The State Of Delaware in and for Sussex County, entitled Pallino Receivables I, LLC, et al., plaintiff(s) vs. James R. Johnson, Defendant, Case No. 07-04-139/Docket No. JD-2007A 316/ Court Of Common Pleas CA # 2007-02-094. TBF Financial, LLC VS. James R. Johnson, filed in Sussex County Superior

1

Court, CA.# 07J-03-200(2001 Ford Tag#494897, 2000 Chev Tag#40575).

XII. Defendant was never served with a summons, nor did any of the plaintiff(s) serve him or the Apostolic Church of Jesus Christ with service of process, required by local rules or otherwise. This notice is timely.

XIII. A copy of all process, pleadings and orders served upon defendant in the state court action are attached".

XIV. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C.§ 1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it arises under (statute, constitutional provision, or other basis of federal question jurisdiction).

XV. Defendant Johnson specifically reserves the right to raise any affirmative defense, and or counterclaims, that could have been raised in state court, had defendant been afforded sufficiency and process of service.

WHEREFORE, defendant JAMES R JOHNSON prays that this action be removed to the United States District Court, District Of Delaware.

DATED: March 9, 2008.

By: *[signature]*
JAMES R JOHNSON, CEO
P.O. BOX 559
SELBYVILLE, DE 19975


CERTIFICATE OF SERVICE

I HAVE CAUSED TO BE SERVED UPON EACH AND EVERY PLAINTIFF, AND OR THEIR COUNSEL, A TRUE AND CORRECT COPY OF THIS FOREGOING FEDERAL NOTICE OF REMOVAL, ALL COURT PROCESS, PLEADINGS AND ORDERS FOUND IN STATE COURT, NOT SERVED UPON THE DEFENDANT, BUT, MADE A PART OF THIS CIVIL ACTION, BY MAILING TO THEIR LAST KNOWN ADDRESS, POSTAGE-PREPAID, AND DEPOSITED IN THE U.S. MAIL DEPOSITORY, AS FOLLOWS:


LYONS, DOUGHTY & VELDHUIS, P.A.

15 ASHLEY PLACE

SUITE 2B

WILMINGTON, DELAWARE 19804

PATRICK SCANLON

203 NE FRONT STREET, SUITE 101

MILFORD, DELAWARE 19963


ERIC D. SWANSON, SHERIFF

SUSSEX COUNTY

P.O. BOX 69

GEORGETOWN, DELAWARE 19947


PALLINO RECEIVABLES I, LLC

RECEIVABLES PERFORMANCE MANAGEMENT

1930 220TH ST SE, #101

BOTHELL, WA 98021-8401


FP FINANCIAL PACIFIC LEASING, LLC

3455 S. 344TH WAY, SUITE 300

FEDERAL WAY, WA. 98001

*[signature]*
JAMES R JOHNSON

SHERIFF'S COPY

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR SUSSEX COUNTY

| | |
|---|---|
| PALLINO RECEIVABLES I, LLC | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-04-139 |
| | ) Judgment No. 07J-07-056 |
| APOSTOLIC CHURCH JESUS | ) Docket No. JD-2007A 316 |
| | )<br>)<br>) |
| Defendant(s). | ) |

FILED PROTHONOTARY OFFICE
2008 JAN 17 PM 12: 43

**PRAECIPE**

TO: Clerk of the Court

Please issue Fi. Fa.

Instructions to the Sheriff
of SUSSEX County:

Please levy on the goods and chattel of defendant, Apostolic Church Jesus at:

P.O. Box 559
79 Bethany Road
Selbyville, Delaware   19975

LYONS, DOUGHTY & VELDHUIS, P.A.
15 Ashley Place
Suite 2B
Wilmington, Delaware   19804
(302) 428-1670
Attorneys for Plaintiff

DATED: 11-28-07

Stephen P. Doughty, Esquire
Hillary Veldhuis, Esquire

07-03867-0/TA2
August 9, 2007
GC1.frm


SHERIFF'S COPY

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR SUSSEX COUNTY

PALLINO RECEIVABLES I, LLC          :    Superior Court
                                    :    Record Number __07J-07-056__
                                    :
                                    :    Superior Court
         Plaintiff,                 :    Judgment Docket Number __JD-2007A__
316                                 
                                    :
    v.                              :    Superior Court
                                    :    Execution Number _____
APOSTOLIC CHURCH JESUS              :
                                    :
         Defendant.                 :

**TO THE SHERIFF OF SUSSEX COUNTY, YOU ARE COMMANDED:**

    To levy upon, inventory, and/or seize the personal property and/or real estate of __Apostolic Church Jesus__, __XXX-XX-XXXX__ to satisfy a debt owed to the above named plaintiff(s) by the defendant in the amount of __$7,630.86__ plus 6.000% interest according to the judgment of __Court of Common Pleas__, case number __07-04-139__.

The amounts the defendant owes are:
    Debt ___$7,630.86___
    Interest at __6.000%__ from __12/30/05__
    Costs ___$145.00___
    Additional Costs _____
    Prothonotary filing & execution fees _____
    Sheriff filing & execution fees _____

                                              Prothonotary

Issued ___JAN 25 2008___          per _____
                                              Deputy
                                          MAR 25 2008

Return this writ on or before _____

07-03867-0/TA2
August 9, 2007
WA2.frm

SUMMONS

IN THE COURT OF COMMON PLEAS OF THE STATE OF DELAWARE

IN AND FOR SUSSEX COUNTY

| | | |
|---|---|---|
| TBF Financial, LLC, | * | C.A. #  2007 - 02 - 094 |
| | * | |
| Plaintiff, | * | |
| | * | NON-ARBITRATION |
| v. | * | |
| | * | |
| Apostolic Church of Jesus Christ of the Apostolic Faith, Inc, | * | |
| James R Johnson Sr. | * | |
| and Preston J Mumford | * | |
| Defendants. | * | |
| | * | |

**TO SPECIAL PROCESS SERVER - ROBERT DELACY,**

YOU ARE COMMANDED to Summon the above named defendant, Preston J Mumford, whose address is 1 Kauffman Lane, Frankford DE 19945, and serve upon said defendant a copy of this summons and complaint.

**TO THE ABOVE NAMED DEFENDANT Preston J Mumford**

Within twenty (20) days after you receive this Summons, excluding the day you receive it, you must file an Answer to the attached Complaint if you want to deny the allegations. The original of your Answer must be filed with the Clerk's Office of the Court of Common Pleas, Sussex County Courthouse, Georgetown DE 19947 and must include proof that a copy of the Answer was served on the plaintiff or his attorney who is named on the bottom of this Summons and Complaint.

Failure to file an Answer denying the allegations will result in a judgment against you and action may be taken by the plaintiff or his attorney to satisfy the judgment.

Dated: 2/13/2007                                    _____
                                                              Clerk

Attorney -   Patrick Scanlon
             203 NE Front Street, Suite 101
             Milford, Delaware 19963
**OUR FILE # 10999.001**

IN THE COURT OF COMMON PLEAS OF THE STATE OF DELAWARE
IN AND FOR SUSSEX COUNTY

| | | |
|---|---|---|
| TBF Financial, LLC, | * | C.A. # |
| | * | |
| Plaintiff, | * | |
| | * | NON-ARBITRATION |
| v. | * | |
| | * | |
| Apostolic Church of Jesus Christ of the Apostolic Faith,Inc, | * | |
| James R Johnson Sr. | * | |
| and Preston J Mumford | * | |
| Defendants. | * | |
| | * | |

## COMPLAINT

Plaintiff, by its attorney, Patrick Scanlon, alleges that:

    1. Plaintiff, TBF Financial, LLC, is the creditor for the obligation identified below.

    2. Defendant Apostolic Church of Jesus Christ of the Apostolic Faith,Inc is located at 74 Bethany Rd, Selbyville, DE 19975.

    3. Defendant James R Johnson Sr resides at 74 Bethany Rd. Selbyville DE 19975.

    4. Preston J Mumford resides at 1 Kauffman Lane, Frankford DE 19945.

    5. Defendants Apostolic Church of Jesus Christ of the Apostolic Faith,Inc leased a bus on Acct #44103.

    6. Defendant James R. Johnson, Sr. personally guaranteed the lease.

    7. Defendant Preston J. Mumford personally guaranteed the lease.

    8. Defendants are in default of the lease agreement for non-payment.

    10. Defendants are jointly and severally indebted to Plaintiff in the principal amount of $14,876.38 plus accrued interest to the date of the complaint in the amount of $2,633.73 plus further pre-judgment interest to the date of Judgment at 18.0000% per annum.

    11. The contract upon which this debt is based provides for the payment of attorney's fees in the event of default.

**WHEREFORE**, Plaintiff demands judgment jointly and severally, against Defendants Apostolic Church of Jesus Christ of the Apostolic Faith, Inc , James R Johnson, Sr. and Preston J Mumford, in the Principal amount of $14,876.38 plus pre-judgment interest at the rate of 18.0000% per annum, plus post-judgment interest at the rate of 18.0000% per annum from the date of judgment, plus reasonable attorney's fees, plus costs.

                                              LAW OFFICES OF PATRICK SCANLON, P.A.

BY: _____
PATRICK SCANLON
Bar I.D. #12
Attorney for Plaintiff
203 NE Front Street, Suite 101
Milford, Delaware 19963
(302) 424-1996 Phone  (302) 424-0221 Fax

DATED: February 8, 2007

IN THE COURT OF COMMON PLEAS OF THE STATE OF DELAWARE

IN AND FOR SUSSEX COUNTY

| | | |
|---|---|---|
| TBF Financial, LLC, | * | C.A. #    2007 - 02 - 094 |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | NON-ARBITRATION |
| v. | * | |
| | * | |
| Apostolic Church of Jesus Christ of the Apostolic Faith, Inc, | * | |
| James R Johnson Sr. | * | |
| and Preston J Mumford | * | |
| Defendants. | * | |
| | * | |

## RETURN OF SERVICE AFFIDAVIT

STATE OF DELAWARE :
                :ss.
SUSSEX COUNTY:

I, _____, special process server, being duly sworn according to law, depose and say that I made service of the Summons and Complaint as follows:

**Is the defendant in active military service?** _____

    Defendant served: **Apostolic Church of Jesus Christ of the Apostolic Faith, Inc**
    Address: 74 Bethany Rd, Selbyville DE 19975
    Date served: _____
    Place served: _____

Manner of Service:
    _____ Served personally upon defendant(s).
    _____ Left copies thereof at Defendant(s) dwelling house or place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom copies were left: _____
    **Description of person served: Gender_____ Race_____ Age_____ Ht_____ Wt_____**
    Other(specify) _____
    _____ Non-est : _____

Executed On _____

                                                                                 Signature of Server

Sworn to and subscribed before me the _____ day of _____, 20____.

                                                                                   Notary Public

Law Offices of Patrick Scanlon, P.A.
**OUR FILE # 10999.001**

IN THE COURT OF COMMON PLEAS OF THE STATE OF DELAWARE

IN AND FOR SUSSEX COUNTY

| | | |
|---|---|---|
| TBF Financial, LLC, | * | C.A. # |
| | * | |
| Plaintiff, | * | |
| | * | NON-ARBITRATION |
| v. | * | |
| | * | |
| Apostolic Church of Jesus Christ of the Apostolic Faith, Inc, James R Johnson Sr. and Preston J Mumford | * | |
| Defendants. | * | |

## RETURN OF SERVICE AFFIDAVIT

STATE OF DELAWARE :
                :ss.
SUSSEX COUNTY:

I, _____, special process server, being duly sworn according to law, depose and say that I made service of the Summons and Complaint as follows:
**Is the defendant in active military service?**_____
    Defendant served: **James R Johnson Sr.**
    Address: 74 Bethany Rd, Selbyville DE 19975
    Date served: _____
    Place served: _____
Manner of Service:
    _____ Served personally upon defendant(s).
    _____ Left copies thereof at Defendant(s) dwelling house or place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom copies were left: _____
    **Description of person served:** Gender_____ Race_____ Age_____ Ht_____ Wt_____
    Other(specify) _____
    Non-est :_____

Executed On _____
                                                                        Signature of Server
Sworn to and subscribed before me the _____ day of _____, 20____.

                                                                        Notary Public

Law Offices of Patrick Scanlon, P.A.
**OUR FILE # 10999.001**

IN THE COURT OF COMMON PLEAS OF THE STATE OF DELAWARE

IN AND FOR SUSSEX COUNTY

| | | |
|---|---|---|
| TBF Financial, LLC, | * | C.A. # |
| | * | |
| Plaintiff, | * | |
| | * | NON-ARBITRATION |
| v. | * | |
| | * | |
| Apostolic Church of Jesus Christ of the Apostolic Faith, Inc., James R Johnson Sr. and Preston J Mumford | * | |
| Defendants. | * | |

## CERTIFICATION OF VALUE

I, Patrick Scanlon, Esquire, attorney for Plaintiff, hereby certify in good faith at this time in my opinion that the sum of damages for the Plaintiff is less than $15,000.00, exclusive of costs and interest.

LAW OFFICES OF PATRICK SCANLON, P.A.

BY: _____
PATRICK SCANLON
Bar I.D. #12
Attorney for Plaintiff
203 NE Front Street, Suite 101
Milford, Delaware 19963
302) 424-1996 Phone
302) 424-0221 Fax

DATED: February 8, 2007

# The Law Offices of Patrick Scanlon, P.A.
Suite 101
203 NE Front Street
Milford, Delaware 19963

Telephone (302) 424-1996                     E-mail pjs@delcollections.com
Facsimile  (302) 424-0221                           www.delcollections.com

February 1, 2008

Via Fax 302-855-7832
Attn: Lynn

Sussex County Sheriff's Office
P.O. Box 69
Georgetown, DE 19947

RE:   TBF Financial, LLC  vs.  Apostolic Church of Jesus Christ of the Apostolic Faith,
Inc, James R johnson, Sr. and  Preston J Mumford
       J.D.#07J-03-200 JD07/200
       Our File # 10999.001

Dear Lynn:

Please schedule a Sheriff's sale for the above judgment. Attached is a copy of the inventory which was levied upon on January 9, 2008 and a deposit of $250.00. Thank you for your assistance.

Truly yours,

Patrick Scanlon
PS/ds
cc TBF Financial, LLC        (847)267-0606

# Sussex County Sheriff's Office
## State of Delaware
P.O. Box 69
Georgetown, DE 19947
Sheriff Sales 302-855-7735
Civil and Criminal 302-855-7831
Fax 302-855-7832

STATE OF DELAWARE
SUSSEX COUNTY

TBF Financial, LLC

VS.

Apostolic Church of Jesus Christ of the
Apostolic Faith, Inc., James R. Johnson, Sr.
and Preston J. Mumford

IN SUPERIOR COURT
CA. # 07J-03-200

| Fieri Facias Attachment | |
|---|---|
| DEBT $ | $14,876.38 |
| INTEREST FROM | 4,387.10 |
| ENDORDE COSTS $ | 3560.72 |
| Prothonotary | 310.00 |
| Sheriff | |
| Additional | |

The following is an inventory and appraisement of the goods and chattels of:
74 Bethany Rd., Selbyville, DE 19975

the defendant, levied upon by virtue of writ from the above stated execution on,
January 9, 2008

2001 Ford Tag #494897
2000 Chev Tag #40575

TP# 5-33-17.00-53.00

Appraised at the instance of

,SHERIFF

# The Law Offices of Patrick Scanlon, P.A.

Suite 101
203 NE Front Street
Milford, Delaware 19963

Telephone (302) 424-1996
Facsimile  (302) 424-0221

E-mail pjs@delcollections.com
www.delcollections.com

February 5, 2008

James Johnson
PO Box 559
Selbyville DE 19975

RE: TBF Financial, LLC  vs.  Apostolic Church of Jesus Christ of the Apostolic Faith, Inc   James Johnson , Sr. and Preston J Mumford
Acct#44103, Balance $24,007.22

Dear Mr. Johnson:

Attached is a copy of the paperwork we are filing . Please call our office if you would like to make arrangements other than a Sheriff's sale to settle this debt.

This letter is from a debt collector.

Truly yours,

Patrick Scanlon
PJS/ds

# GOODS & CHATTELS SALE

By virtue of a writ of Fieri Facias, to me directed, will be exposed to Public sale on:

**Wednesday, March 19, 2008**

At 10:30 A.M.

On the premises of 74 Bethany Road, Selbyville, Delaware, Baltimore Hundred, Sussex County, State of Delaware, the following described goods and chattels to wit:

**2001 Ford Tag #PC494897 VIN #1FMNU43S41EA19732**

**2000 Chevrolet Tag #CL40575 VIN #1GCH33J2YF517261**

Made this _____ day of _____

| Vehicle Inventory | Year | Model | Tag/Vin | Other/Description |
|---|---|---|---|---|
| 1 | 1986 | Bus | CL8715K | White in color |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |

## INVENTORY:

1. Tix Pilots $ 33/200 $4.00 N/A
2. 7" Picture to Jacqueline NE 17975
3. No other implements to it

08-142

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Pallino Receivables I, LLC et al.

**DEFENDANTS**
James R. Johnson

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Sussex
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
~~Pallino~~ Lyons, Doughty + Velduis, V.A.
15 Ashley Place, Suite 20
Wilmington, DE 19804

Attorneys (If Known)
P.O. Box 559
Selbyville, Delaware 19975

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Exel. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☒ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1331, 28 USC 1441(b)
Brief description of cause: Color of State law (Abuse of Process) Unethical Attorney Conduct, Insufficiency of Service of Process, Unjust Enrichment, Fraudulent Business Practices

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 1,000,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 03-10-08
SIGNATURE OF ATTORNEY OF RECORD  /s/ James R. Johnson

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE: C.A.# __08 - 142__

CASE CAPTION: __Pallino__ v. __Johnson__

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received by Plaintiff: X 3/10/08    Signed: _____
                                         Pro Se Plaintiff

Date Received by Clerk's office: 3/10/08    Signed: _____
                                             Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_____
Date mailed

_____
By Deputy Clerk

cc: Docketing Clerk

wp\forms\rule4receipt 2-04

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __08 - 1 4 2__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

__3/10/08__  x _James R Johnee_
(Date forms issued)   (Signature of Party or their Representative)

x _James R Johnson_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action