UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PALLINO RECEIVABLES I, LLC,
LYONS, DOUGHTY & VELDHUI, PA. ,
ERC D. SWANSON [SHERRIFF],
FINANCIAL PACIFIC LEASING, LLC,
TBF FINANCIAL, LLC,
           PLAINTIFF(S),
VS.                      CASE NO. 08-142 UNA

JAMES R. JOHNSON,
           DEFENDANT(S).


**DEFENDANT JAMES R JOHNSON'S ANSWER
TO PLAINTIFF'S COMPLAINT.**


**COMES NOW the Defendant James R. Johnson and denies each and every** allegation in the Plaintiff's Complaint not specifically admitted herein. This Defendant propounds this Answer to Complaint pursuant to the Federal Rules of Civil Procedure 12(h)(1), does not waive and hereby specifically preserves its defenses of lack of jurisdiction and insufficiency of service of process. Defendant shows the court further as follows:

### FOR A FIRST AFFIRMATIVE DEFENSE

1. That the Plaintiff's Complaint fails to establish proper jurisdiction over the defendant pursuant to Federal Rules of Civil Procedure 12(b)(2) and therefore the Plaintiff's claims against this Defendant should be dismissed.

### FOR A SECOND AFFIRMATIVE DEFENSE

2. That the Plaintiff's Complaint fails to state a claim upon which relief may be granted and the Complaint should be dismissed pursuant to Federal Rules of Civil Procedure 12(b)(6).

### FOR A THIRD AFFIRMATIVE DEFENSE

3. That the Plaintiff failed to properly serve this Defendant and, therefore, failed to establish jurisdiction over this Defendant pursuant to Federal Rules of Civil Procedure 12(b)(1).

### FOR A FOURTH AFFIRMATIVE DEFENSE

4. That the Plaintiff's Complaint fails to establish

   Proper jurisdiction over the subject matter before the Court and therefore the claims against this

Defendant should be dismissed pursuant to Federal Rules of Civil Procedure 12(b)(1).

### FOR A FIFTH AFFIRMATIVE DEFENSE

5. That the plaintiff's claims are or may be barred by the applicable statute of repose and / or the statute of limitations.

### FOR A SIXTH AFFIRMATIVE DEFENSE

5. That the condition allegedly suffered by the Plaintiff, if any, was not due to or caused by or was not a direct and proximate result of any alleged negligence, willfulness, carelessness, recklessness, or gross negligence of the Defendant and such constitutes a complete defense to the claims of the Plaintiff.

6. Defendant denies any allegation of the Complaint, not specifically responded to in the prior Paragraphs of this Answer.

WHEREFORE, having responded to the Complaint, Defendant demands that it be dismissed from this action with cost taxed against Plaintiff(s).

*[signature]*

JAMES R JOHNSON

74 BETHANY ROAD

SELBYVILLE, DE 19975

CERTIFICATE OF SERVICE

I HAVE CAUSED TO BE SERVED UPON EACH AND EVERY PLAINTIFF, AND OR THEIR COUNSEL, A TRUE AND CORRECT COPY OF THIS FOREGOING MOTION TO DISMISS BY THE U.S. MAILS AS FOLLOWS:

LYONS, DOUGHTY,& VELDHUIS, P.A.

15 ASHLEY PLACE, SUITE 2B

WILMINGTON, DE 19804

PATRICK SCANLON

203 NE FRONT STREET, SUITE 101

MILFORD, DE 19963

ERIC D. SWANSON, SHERIFF

SUSSEX COUNTY

P.O. BOX 69

GEORGETOWN, DE 19947


PALLINO RECEIVABLES I, LLC

RECEIVABLES PERFORMANCE MANAGEMENT

1930 220TH ST SE, # 101

BOTHELL, WA 98021-8401


FP FINANCIAL PACIFIC LEASING, LLC

3455 S. 344TH WAY, SUITE 300

FEDERAL WAY, WA. 98001


*JAMES R JOHNSON* (signature)

JAMES R JOHNSON