IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PALLINO RECEIVABLES I LLC,    ) | |
| LYONS, DOUGHTY & VELDHUIS PA, ) | |
| SHERIFF ERIC D. SWANSON,       ) | |
| FINANCIAL PACIFIC LEASING LLC,) | |
| and TBF FINANCIAL LLC,         ) | |
|                                ) | |
|         Plaintiffs,            ) | |
|                                ) | |
|              v.                ) | Civil Action No. 08-142-JJF |
|                                ) | |
| BISHOP JAMES R. JOHNSON, AND   ) | |
| APOSTOLIC CHURCH JESUS,        ) | |
|                                ) | |
|         Defendants.            ) | |

**ORDER**

At Wilmington this ___20___ day of ___March___, 2008, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915, filed on March 10, 2008, by James R. Johnson;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge