IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
PALLINO RECEIVABLE I LLC,      :
et al.,                        :
                               :
          Plaintiffs,          :
                               :
     v.                        :  Civil Action No. 08-142-JJF
                               :
BISHOP JAMES R. JOHNSON,       :
et al.,                        :
                               :
          Defendants.          :
```

**ORDER**

NOW THEREFORE, IT IS HEREBY ORDERED that:

The case is **SUMMARILY REMANDED** to The Court of Commons Pleas of the State of Delaware, in and for Sussex County and to The Superior Court of the State of Delaware, in and for Sussex County.

_May 13, 2008_
DATE

UNITED STATES DISTRICT JUDGE